1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MARGARET BRANICK-ABILLA, CSBN 223600
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear Street, Suite 800
9       San Francisco, CA  94105
10      Telephone: (510) 970-4809
        Facsimile: (415) 744-0134
11      Email: Margaret.Branick-Abilla@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BRYAN J. HERNANDEZ, | ) Case No. 2:21-cv-06952-MRW |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

      Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: January 24, 2022

                                              HON. MICHAEL R. WILNER
                                              UNITED STATES MAGISTRATE JUDGE